**FILED**

February 06, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **SM**

DEPUTY

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

### for the

### Western District of Texas 

### Waco Division

Case No. __6:23-cv-071_____

*(to be filled in by the Clerk's Office)*

Timothy Dewayne Lankford
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

All defendants are named in official and individual capacities
Jenny M. Simpson
Jane Doe
      Knoch
Jane Doe/John Doe, et al.  (See Attached A)
_____
*Defendant(s)*  (See Attached A)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

All defendants acted under the color of state law

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Timothy Dewayne Lankford |
| All other names by which you have been known: | Tim; Kidd; Divi; Divinity; D. |
| ID Number | #01126377 |
| Current Institution | SkyView Unit (Mental Health Facility) T.D.C.J., |
| Address | 5-A-108, 379 FM 2972 West |

| | | |
|---|---|---|
| Rusk | Texas | 75785-3666 |
| *City* | *State* | *Zip Code* |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Jenny M. Simpson |
| Job or Title *(if known)* | Office of Inspector General (OIG) - Criminal Investigator |
| Shield Number | |
| Employer | Office of Inspector General |
| Address | |

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

☒ Individual capacity   ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Jane Doe |
| Job or Title *(if known)* | Office of Inspector General (OIG) - Criminal Investigator |
| Shield Number | |
| Employer | Office of Inspector General |
| Address | |

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

☒ Individual capacity   ☒ Official capacity

**Defendant No. 3**

| | |
|---|---|
| Name | Knoch |
| Job or Title *(if known)* | Safe Prisons/PREA Coordinator Sgt. for A.Hughes Unit |
| Shield Number | |
| Employer | Texas Department of Criminal Justice |
| Address | A. Hughes Unit, 3201 FM 929 |
| | Gatesville          Texas          76597- |
| | *City*          *State*          *Zip Code* |

☒ Individual capacity    ☒ Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | John/Jane Doe |
| Job or Title *(if known)* | Safe Prisons Officer at A. Hughes Unit |
| Shield Number | |
| Employer | Texas Department of Criminal Justice |
| Address | A. Hughes Unit, 3201 FM 929 |
| | Gatesville          Texas          76597 |
| | *City*          *State*          *Zip Code* |

☒ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

(See Attachment A - Defendants)

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

United States Constitutional Rights 8th Amend. to be free of Cruel and unusual punishment, Failure to Protect, Deliberate Indifference.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

1). Jenny M. Simpson is criminal Investigator for OIG and was assigned to the A. Hughes Unit during the time incident given arise to these violations occurred.

2). Jane Doe is criminal Investigator for OIG and was assigned to the A. Hughes Unit during the time incident given arise to these violations occurred. (See Attachment A Defendants) Pg.1

**III. Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

**IV. Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

This event happened over a 4 day time span, starting on 11/18/21, 8-9pm to 11/22/21, 4-6pm. It happened at the A. Hughes Unit, Texas Department of Criminal Justice in Gatesville, Texas. The end Result of O.I.G's and T.D.C.J's lack of duty is the plaintiff being Raped Repeatedly at knife point for 56 min. in a shower in her safekeeping housing area by a high-security General Population offender who is a known sex-offendee. I am a transgender (PRe-opt) male to female diagnosed with Gender Disphoria (GD), with Hiv/HepC (undetectable), and I
(See Attachment B Claim) pg A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    **What date and approximate time did the events giving rise to your claim(s) occur?**
11/18/21/8-9pm ; 11/19/21/am ; 11/22/21/8-9am ; 11/22/21/4-6pm

(see Attachment B - Statement of Claim)
Pg. 4

D.    **What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what?*
    *Was anyone else involved? Who else saw what happened?)*

① 11/19/21 — The O.I.G. office at the A. Hughes Unit recieved a written complaint stating that plaintiffs life was in danger due to being threatened to be stabbed to death. Both Jenny M. Simpson and her coworker failed to respond to the written request.

② 11/19/21 - The SafePrisons office recieved the written complaint stating the plaintiffs life was in danger due to threats of being stabbed to death. Sgt. Knoch, none anyone else in safe prisons responded to the I-60.

③ 11/22/21 - Sgt. Southerns was told by officer Smith that plaintiffs life was in danger due to the threats of being stabbed to death. And Sgt. Southerns failed to take immediate action neccessary.

(see Attachment C - Underly-
ing facts)
Pg. 6

V.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical (Physically):
treatment, if any, you required and did or did not receive. After being Raped Repeatedly ( 3 times) for 56 min. at knife-point. I immediately reported the incident to medical and officers in the infirmary. The nurses swabbed me right away, and I was taken to Baylor, Scott and White Hospital. I was evaluated and treated by the SANE who collected the evidence and Rape-kit. Pictures was also taken of bruising on my body. Her findings are: Rape. I was given T3's for pain in my anal area and lower abdominal area. I've been documented still having the pains. (Mentally): Im in the Mental Health Hospital now being treated for the trama this tramatizing situation caused. I have severe PTST. Severe depression, severe anxiety, flashbacks, nightmares and several suicide attempts all related to the trama inflicted by being Repeatedly Raped / tortured.

VI.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged. Explain the basis for these claims ① A declatory judgement and
● Injuncitive Relief: Im seeking injunctive releaf because the plaintiff has actual injury that is still being inflicted on plaintiff due to trama the incident caused. T.D.C.J. the defendants listed in (Attachment A) 3-12 all are employeed by TDCJ. currently. I have been returned to the unit (A. Hughes) where the incident occurred. The defendants housed me on the same building with the assailant being next door to me. I filed several O.P.I's seeking help and even witness statements that say the assailant paid inmates on Safekeeping already to cause me serious harm/injury for being a snitch and reporting the Rape/torture. I had freces and urine thrown on me by the inmates and have had officers and inmates threaten my life due to report-

(see Attachment D - Relief)
Pg. 7

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

A. Hughes Unit, Texas Department of Criminal Justice

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

I wrote the grievance from the initial threat, to the rape/torture, through the OPI process. It mentions the request/complaints for help and all of that. Their reply is something to this effect: "Due to the serious nature TDCJ gives to oversight agency..." The oversight: O.I.G. substantiated.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose
     concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or
other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

A. Hughes Unit, TDCJ

2.   What did you claim in your grievance?

The Failure to Protect / Failure to Respond, Const.
Violations, policy violations.

3.   What was the result, if any?

Step 1 and step 2 grievances given to O.I.G.
and O.I.G. - Substantiated

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If
     not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Step 2 Grievance (Last Remedy)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

According to the PLRA I'm exempt due to Agg. Sexual Assault, but I exhausted anyways to Preserve all evidence properly.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. According to the PLRA Agg. Sexual Assault is exempt, but I follow through with the Grievance Process to preserve all evidence so I can hold all accountable for what was allowed to happen to me.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.     Parties to the previous lawsuit

   Plaintiff(s)     _____

   Defendant(s)     _____

2.     Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3.     Docket or index number

   _____

4.     Name of Judge assigned to your case

   _____

5.     Approximate date of filing lawsuit

   _____

6.     Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition.     _____

7.     What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

   _____

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)     _____
     Defendant(s)    _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     _____

3.   Docket or index number

     _____

4.   Name of Judge assigned to your case

     _____

5.   Approximate date of filing lawsuit

     _____

6.   Is the case still pending?

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition    _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     _____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   01/30/2023

Signature of Plaintiff

Printed Name of Plaintiff   Timothy D. Lankford

Prison Identification #   #01126377

Prison Address   SkyView Unit, 379 FM 2972 West

Rusk                               Texas   75785-3666
    *City*              *State*    *Zip Code*

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

    *City*               *State*    *Zip Code*

Telephone Number   _____

E-mail Address   _____

Honorable Judge's Court
Case 6:23-cv-00074-JCM Document 1 Filed 02/09/23 Page 12 of 17
(Of District Court Clerk's Office)
(5th Cir.) Western Dist. of Texas
800 Franklin Ave. Room 300
Waco, Texas 76701

Plaintiff/Victom: Timothy Dewone Lankford
Assailant/Attacker: Jeffrey Allen Whitfield
Charge: 11/22/21 - Agg. Sexual Assault
Substantiated: 8/23/22 - by: O.I.G.
O.I.G. Criminal Case # 21000169/I-23444-1121
Administrative Remedies/Step 1/2 Grieveance
Process: Exhausted

Re: Emergency/Help/Rape/Torture

(Please Read and Consider the following)

To The Honorable Judge of this Court,      January 16, 2023

please, give me a moment of your time. I know that there is a certain process laid out with rules that I'm supose to follow to file a 1983 Prisoner's Civil Rights Complaint the proper/correct way. The problem with this is that I am Recieving a lot of static/interferance by the Texas Department of Criminal Justice, who is trying to silence me from: filing the Civil Rights Complaint; and making this subject known. All of my Request for: Employee Roster - 11/22/21; duty post log/Roster; Administrative Remedies - copy of the Step 1/2 Grievances; O.I.G. Files - of the above criminal case; and even medical Records; have been denied because I am Indigent, or they just fail to Respond to my Request, or they keep telling me that I have to Request legal materials a certain type of way and even that type of way becomes unresponded to. Things that I must have to do the 1983 Petition Properly is the officer's names and mailing address; O.I.G.'s names and mailing address; duty-post log/Roster - 11/22/21; employee Roster - 11/22/21; and I even have tried to Request the: Fed. Rules Civil Procedure Book/Vol. 1, Chpt. I so I can do the 1983 correctly, but all has been denied. I must name all defendants in their individual and official Capasities and have their mailing addresses. I must attach the Admin. Remedies - grievances. I have attached, to this letter to this Court's Honorable Judge,

(Pg. 1 of 5)

most of the inmate Request forms that have been Returned to me denying the items I need, but there are many more that just never get Returned to me at all.

I need to file a 1983 PRisoner's Civil Rights complaint because on 11/22/21 - 4/6pm, I was tortured/Raped 3 times at knife point for 56 min. in a shower on my Safekeeping secion/housing by the assailant after he asked an officer - that I had made a verbal complaint earlier this morning - if he could "go out-of-place" to the Safe keeping housing area, and the officer allowed assailant to do it.

11/22/21 - 8/9am, I made a "verbal complaint" to 3 bldg's Desk officer, stating that "... I need to speak with O.I.G. or Safe Prison's because someone (assailant) threatened to stab me to death (on 11/18/21 in open-call chapel service)." The desk officer call the bldg. Supervisor/Sgt., told him the threats and my request, and that I did tell him "... my life is in danger...". Desk officer wrote me a "pass" ( I attached to the grievances) to talk to Sgt. "at A-Pole". The Sgt. looked at my pass and told me "... I don't have time for this shit. Go to 1 bldg. (Administrations). I went inside and stood for 45 min. before another Sgt. forced me to Return to my housing area, even after I told this Sgt. the threat and my life is in danger. He told me, "... go back to your housing. No one want to talk to you about that...".

On, 11/18/21 - 7/9pm, I recieved a "pass" to chapel (attached to Grievances). In this service, on live vedio in front of

the whole chapel, the assailant threatened to stab me to death. I'm seen on vedio immediately having an emotional break down, and then briskly returning to my assigned housing area.

This night (11/18/21), I wrote two 1-60's (Inmate Request Forms) to report the threats made and that my life is in danger. I wrote the date; time; where; who and the exact threat. One 1-60 was sent to the A. Hughes Unit Safe Prisons/PREA Co-ordinator and the other 1-60 was sent to A. Hughes Unit O.I.G. Office. Both 1-60's was documented with a stamp-date of being Recieved - 11/19/21. Both Request went without being Responded to.

According Rules/policy, both: officer(s); Sgt.(s); Safe Prison's Prea Sgt.; and O.I.G.(s) - as soon as they recieved the "written complaints-stating my life is in danger - and those who I "verbally complaints" to - also stating my life is in danger - I should have, but was NOT, been Removed from the situation out of harms way. And in no way was I protected from the assailant who is seen on vedio threatening me, and then was allowed to go to my Safekeeping housing area where he (the assailant) attacked me, which is also seen on vedio and prooven through DNA collected by SANE at Baylor, Scott and White Hospital, and Law Enforcement/T.D.C.J's Oversight Agency - O.I.G. SUBSTANTIATED.

One more thing that I would like to share with the court is: this above situation satisfies the 2 prong test of "Delebrate Indifference" to a claim of Failure To Protect - outlined in the Supreme Courts Ruling

in Farmer v. Brennan, 511 U.S. 825. The situation I have shared here with you shows:①that prison officials and O.I.G. knew Plaintiff stood a Substantial Risk of serious harm from assault - due to both "verbal and written" complaints. Also, I am transgender and housed on Safekeeping with a history of being assaulted. And ②second, both TDCJ and O.I.G. did NOT take (ANY) steps to protect the plaintiff. The defendant's was given notice of plaintiffs' Risk and have a duty to Respond, and it is prooven no one Responded, which is officials unreasonably disregarded an excessive Risk to plaintiffs safty thus violating my U.S.C. Amend. 8th (Cruel and unusual punishement) and Failure TO Protect. Both "Objective" and "Subjective" Requirements are met. In Harper v. Dourette, 107 Fed. Appx. 444 (this 5th Cir.) 2004 explained that:"it is not Reasonable for guards to do nothing after a prisoner has reported a substantial Risk of injury." To close this out, please note that I am currently being housed at the SkyView Unit (Mental Health Complex) in Rusk, Texas due to the Mental Health/psychological injuries the above situation/trauma has caused: severe PTSD; Anxiety; depression; flashback (vivid/Realistic); nightmares; attempted suicides; physical injuries anus and abdomin with pain. Attached with this letter are the I-60's and my hand-written "Motion For Appointment of Counsel" and my "Inmate Trust Fund Account Statement" for 10/31/22. Please note that I am unable to name defendant(s) properly due to the Resistance I've Recieved, but I will put John Doe, et al., on this "Request for counsel." My prayer is that you, the Honorable Judge, of this

of this United States District Court "Grant" this
"Motion For Appointment of counsel". Thank you for your
time and assistance, and for "Granting" this motion, my

motion that "Declaration in Support    Respectfully Submitted,
of Applicants to Proceed In Forma
Pauperis Application to Proceed          _Timothy D. Lankford_
In Forma Pauperis, Sworn          Timothy D. Lankford #01126377
Declaration.


I, Timothy Dewayne Lankford #1126377, understand that a false
statement in this letter to The Honorable Judge of this court will
subject me to the penalties of perjury.
I declare under penalty of perjury that the foregoing is true
and correct.


Signed this 16th day of January, 2023

DOB ████ 1983
SS# ███████ - 2554



To: The HONORABLE JUDGE
of the
United States District Court
Western District of Texas
800 Franklin Ave
Room 380
Waco, Texas, 76701

RECEIVED.
FEB 06 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Legal
Mail