IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

FILED
March 30, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ad
DEPUTY

Lankford
v.
Simpson

Civil Action
No. 6:23-CV-00071 ADA

MOTION FOR DEFAULT JUDGMENT

Plaintiff move this Honorable Court for a judgment by default in this action, and show that the complaint in the above case was filed in this Honorable Court on Febuary 8th, 2023. The summons and complaint were duly served on the defendants: Armstrong; Brian Collier; Frie; Knoch; Jenny M. Simpson; Smith; and Southerns, on or about the 8th of Febuary 2023; No answer or other defense has been filed by the Defendants; default was entered in the civil docket in the office of this clerk on or after the 24th of March, 2023; no proceedings have been taken by the Defendants since the Default was entered; Defendants was not in military service and is not an infant or incompetent as appears in the declaration of Timothy DeWayne Lankford submitted herewith.

Wherefore, plaintiff moves that this Court make and enter a judgment that the Prayer for Relief in the complaint states: $74 Million Dollers in Damages and the immediate Release of the plaintiff out of the custody of The Texas Department of Crimininal Justice-I.D., in accordance to Fed Rules Civil Proceedure, and Prayer for Relief in Complaint, and Complaint, and Summons, and injunctive Relief, and Restraining Orders.

Dated: March 27, 2023

[signature]
Timothy D. Lankford #01126377
DOB: - - 1983
SS#: - - 2554

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

Lankford

v.

Simpson

Civil Action No. 6:23-CV-00071ADA

DECLARATION FOR ENTRY OF DEFAULT

Timothy Dewayne Lankford, plaintiff, hereby declares:

I am the plaintiff herein. The complaint herein was filed on the 8th of Febuary, 2023.

The court files and Record herein show that the Defendants were served by this Honorable Court with the Prisoners Civil Rights case/complaint under 42 U.S.C. 1983 and summons on or about the 8th of Febuary 2023.

The Defendants was given order by this Honorable Court to answer the complaint on or before March 24, 2023 as stated by this Honorable Court order and none of the defendants or attornies/oag have filed answers to this complaint and summons, or any defense which the defendants.

The defendants have failed to answer or otherwise defend as to Plaintiff's complaint and summons, or serve a copy of any answer or any defense which it might have had, upon affiant ~~or any other~~ herein.

Defendants are not in the military service and are not infants or incompetents.

Furthermore, due to defandants lack of Response the plaintiff has no address for defendants or attornies and can not serve defendants with copy of any motions or request, Declaration for Entry of Default and Summary Judgment, on Plaitiffs favor, or for Discovery.

I declare under penalty of perjury that the forgoing is true and correct. Executed at Beaumon, Texas, Mark W. Stiles Unit on March 27, 2023.

[signature]

Timothy D. Lankford #01126377

DOB: - -1983

SS#: - - 2554

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

Lankford
v.
Simpson

Civil Action
No. 6:23-cv-00071 ADA
March 27, 2023

Plaintiff's Letter to Clerk of Court Requesting Default Entered on docket.

Clerk of the Court, plaintiff, Timothy Dewayne Lankford Request Default be Entered on the Civil Action Docket due to the lack of Response/Reply by the Defendants to this complaint served on them by this Honorable Court.

[signature]
Timothy Dewayne Lankford #01126377
DOB: - - 1983
SS#: - - 2554

Lankford, Timothy #
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Tx. 77705

NORTH HOUSTON TX 773
28 MAR 2023 PM 7 L

Clerk of Court
US District Court
Western District of Texas
United States Courthouse
800 Franklin Avenue
Room 380
Waco, Tx. 76701

RECEIVED
MAR 30 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______
DEPUTY CLERK

76701-193480