IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

Lankford
v.
Simpson, et al.

**FILED**
April 27, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ad_____
                    DEPUTY

Civil Action No.
6:23-CV-00071-ADA

## Plaintiff's 2nd Motion For Default Judgment

Plaintiff moves this Honorable Court for Judgment by Default in this action, and show that the complaint in the above case was filed in this Honorable Court on the 8th of Febuary, 2023; the Summons and Complaint were duly served on the Defendant's:

1) Wardon Armstrong - Head Wardon at A. Hughes (11/22/21)
2) Brian Collier - Executive Director of TDCJ
3) Officer Frie - Sgt. of Corr. officer A. Hughes (11/22/21)
4) Officer Knoch - Safeprison's Prea Sgt. A. Hughes (11/22/21)
5) Jenny M. Simpson - O.I.G. Criminal Investigator A. Hughes (11/22/21)
6) Officer Smith - Corr. Off. A. Hughes/Desk officer (11/22/21)
7) Officer Southerns - Sgt. of Corr. Off. A. Hughes (11/22/21)

On the 8th of Febuary, 2023; no answer or other defense has been filed on or before March 24, 2023 or the Extension Date of April 24, 2023, for the Defendant's; default is Requested to be Entered in the Civil Docket in the office of this Clerk on or after the 24th day of April, 2023; no proceedings have been taken by the Defendants this Default was Entered: Defendants was not in Military service and is not an infant or incompetent as appearse in the Declaration of Timothy Dewayne Lankford submitted herewith; this is the second time the Defendant's has not Responded on or by the dates given by this Honorable Court; in accord to Fed. Rules Civil Proc. if ANY Party, Defendant or Plantiff, fails to Respond by the Date given by this Honorable Court it automatically causes the action of Default; in the Defendant's Motion for

→

Extension of Time, defendant's told the Court the OAG has not recieved the Authority to Represent the Defendant's in this case, however, this Honorable Court gave the OAG this Authority in the Order dated Febuary 9th, 2023; and again the Defendant's have failed to Respond on or before the date of April 24, 2023 and there has not been filed (on or before April 24, 2023) another Motion for Extension.

Wherefore, plaintiff moves for the second time that this Honorable Court make and enter a judgment in favor of the plaintiff's complaint for entitled damages totalling to $74 million Dollars and the Perminate/Temp. Injunctions, and Restraing Order Request against Defendant's in this case by Plaintiff. According to Fed. Rules Civil Proc. a no Response to the Plaintiff's complaint by the Defendant's is the same as to agree with the complaint filed and the Plaintiff is entitled to recieve all Rewards entitled and injunction(s) the complaint states plaintiff to be immediately granted by this Honorable Court, Fed. Rule Civil Proc. Rule 54 Judgments (C) Demand for Judgment; Relief to be Granted. A Default Judgment <u>Must Not</u> differ in kind from, or exceed in Amount, what is demanded in the pleadings. Every other final judgment should Grant the Relief to which the Plaintiff is entitled, even if the party has not demanded that Relief in its pleadings.

Dated: 4/24/2023

Timothy Dewayne Lankford #01126377

SS# - - 2554
DOB - - 1983
~~[struck out]~~
Lw- Telford Unit
3899 State Hwy
New Boston, Tx. 75570

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

Lankford
   v.
Simpson, et al.

Civil Action No.
6:23-CV-00071-ADA

## Plaintiff's 2nd Declaration For Entry of Default

Timothy Dewayne Lankford, hereby declares:

I am the Plaintiff herein. The Complaint herein was filed on Febuary 8, 2023.

The Honorable Court files and Record herein show that the Defendants were served by the United States District Court Clerk with a copy of the Summons, and a copy of the plaintiff's complaint on Febuary 23, 2023. The Extension of Time granted by this Honorable Court for the Defendants was due on or before April 24, 2023 and more than 60 days have elapsed since Defendants was served the Plaintiff's complaint and Summons, excluding the date thereof.

The Defendants have failed for the 2nd time to answer or otherwise defend as to the Plaintiff's Complaint, or serve a copy of any answer or any defense which it might have had, upon affiant or the plaintiff herein.

The Plaintiff request Fed. Rules Civil Proc. Rule 54 Judgment/Default Judgment in favor of the Plaintiff due to the Defendant's second no response to the Plaintiff's Complaint and Summons.

Defendants are not in the military service and are not infants or incompetents.

I declare under the penalty of perjury that the foregoing is true and correct. Executed at Telford Unit in New Boston, Texas on April 24, 2023.

Timothy Dewayne Lankford # 01126377
/s/ T.W. Lankfd
SS# - -2564
DOB - -1983

Telford Unit
3899 State Hwy
New Boston, Tx.
75570